United States District Court
District of Connecticut

Victor L. Jordan Sr. : Case No. 3:22-cv-0070(CSH)
   Plaintiff         :
                     :
v.                   :
                     :
Dept. of Corr., et al. :
   Defendants        :
                     : Date 4-12-23

SCANNED at 130
and Emailed
4/12/23 by CW  2 pages
date    initials  No.

Plaintiff Motion for Extension of Time to file motions to Reconsider and/or Objections, and/or Appeal

In pursuant to Fed. R. Civ. Pr. Rule 59(a)(b)(c)(d)(e)(2); and Rule 60(a)(b)(1)(6) and Rule 61

The Plaintiff hereby moves for Reconsideration and Amendment of Judgement, and request for an Extension of time to review and research his objections to courts IRO regarding some defendants' and claims.

Plaintiff Excusable Neglect, for the fact that he did not receive court's order in a timely fashion, the Court made its ruling on 3-13-23, and plaintiff received on 4-11-23, After he had to call clerks office to have ruling forwarded, And for these reasons, he will require the 30 days allotted to respond properly to Courts dismissals.

1

In Conclusion, Plaintiff gives Notice to Appeal any and all adverse decisions against him in regards to this Action And Objection for and on the Record to preserve, so as to protect his interest, and Due process Rights.

Victor L. Jordan
Owner Co
90 Nashwelark Rd.
Westford Ct.

## Certification

I hereby certify that a copy of this was E-filed on 3-12-23 and copies can be accessed by All parties through Courts Electronic system.

Pro-Se
Plaintiff. Victor L. Jordan Sr.

2